GIACOMO MEDVEDIEFF, Appellant, v. CITIES SERVICE OIL COMPANY, Respondent. — Orders unanimously modified by striking out demands Nos. 4, 5, 6, 7, 9, 10, 15 and 24 and by providing that the information demanded in items 16, 17, 20, 21, 22, 23, 25 and 26 may be furnished thirty days after the completion of an examination of the defendants before trial, and as so modified affirmed. No opinion. The bill of particulars in relation to other demands to be served within ten days after service of order with notice of entry thereof. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HENRY NIELSEN, as President of Local 44 of the Upholsterers International Union of North America, Appellant, v. CHARLES H. KENNEY STUDIOS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MAX BROWN.— Application denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MELITTA VON NEUMANN v. ADALBERT GREINER, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOHN J. TANGNEY and Others against WILLIAM HODSON, Commissioner of Welfare of the City of New York, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.

GUARANTY TRUST COMPANY OF NEW YORK v. KINGSCOTE REALTY CORPORATION and Another, Impleaded, etc.— Motion to resettle order of this court entered December 20, 1940, granted. [See 260 App. Div. 1011.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

1165 FIFTH AVENUE CORPORATION v. GEORGE W. ALGER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

CHARLES GOELL, Impleaded, etc., v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to the Real Property Required for the Opening and Extending of East River Drive from Grand Street to Montgomery Street for Street Purposes, and for Public Parks, Adjacent to East River Drive, etc. The Estate of CHARLES A. COE and EDITH MALVINA K. WETMORE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of Supplementary Proceedings: CARL SHERMAN and Others v. FRANK COHEN. EMPIRE ORDNANCE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.